Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:     Clerk, U.S. Bankruptcy Court

Re:     UNDISTRIBUTED FUNDS

Case No.:   6:10-bk-38421-MJ

Debtor(s):  RENE ABIGAIL GARCIA
            SANDRA MARIBEL GARCIA
            5141 NORTH F STREET
            SAN BERNARDINO, CA  92407

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| RENE ABIGAIL & SANDRA GARCIA | $271.00 |
| 5141 NORTH F STREET | |
| SAN BERNARDINO, CA 92407 | |

Dated:  8/03/11

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| ROD DANIELSON, Chapter 13 Trustee | | | | | | Date: Aug 03, 2011 | |
|---|---|---|---|---|---|---|---|
| Payee: US BANKRUPTCY COURT | | | | | | | |
| Case # | Debtor Name(s) | | Account # | Claim # | Payment | Interest | Principal |
| 1038421 | RENE ABIGAIL & SANDRA MARIBEL GARCIA | | | 00000 | 271.00 | 0.00 | 271.00 |
| | PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT | | | TOTALS: | 271.00 | 0.00 | 271.00 |

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

RENE ABIGAIL GARCIA
SANDRA MARIBEL GARCIA
BALANCE:    [0.00 Claim:00000]
ACCT:
PRINCIPAL: 271.00

CASE: 1038421
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
**0360777**

CHECK DATE | AMOUNT
**Aug 03, 2011** | ********271.00**
VOID 45 DAYS FROM DATE

PAY    Two Hundred Seventy One And 00 / 100 Dollars

TO THE
ORDER OF
**US BANKRUPTCY COURT**
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA  92501

Rod Danielson

⑈0360777⑈ ⑆122044300⑆ ⑈030⑈100078⑈